

Sacramento County Access Team does not discriminate on the basis of ability, culture, language, ethnicity, race, gender, sexual orientation, or gender identity/expression.

Bilingual staff or interpreters are available at no cost. Please let us know if you need an interpreter.



If you are seeking linkages to services and need an ADA accommodation in order to participate in or have access to a County program, please let us know so we can link you to an appropriate provider.

Deaf and hard of hearing individuals may contact the Mental Health Access Team or Beneficiary Protection staff using video relay service or California Relay 711.

---



### Our Mission
To provide a culturally competent system of care that promotes holistic recovery, optimum health, and resiliency

### Our Vision
We envision a community where persons from diverse backgrounds across the life continuum have the opportunity to experience optimum wellness.

Ann Edwards
County Executive

Timothy Lutz, Director
Department of Health Services

Ryan Quist, PhD
Behavioral Health Director

**Board of Supervisors**
Phil Serna - 1st District
Patrick Kennedy - 2nd District
Rich Desmond - 3rd District
Sue Frost - 4th District
Patrick Hume—5th District

https://bos.saccounty.gov/

Xiong Exhibit A, Page 1 of 2

DEFENDANT'S EXHIBIT A
22-cr-05-RGE-HCA

---



## Mental Health Access Team



We link Sacramento County residents of all ages to mental health services.

Monday - Friday, 8 am - 5 pm
(24/7 for Mental Health Crisis Calls)

(916) 875-1055
toll free (888) 881-4881
CA Relay 711
Fax (916) 875-1190

https://dhs.saccounty.gov/bhs/

Mental health emergency services are available for youth under 21 years of age 10:00a.m. -7:00p.m.
7 days a week at:
Intake Stabilization Unit (ISU)
Mental Health Treatment Center
2150 Stockton Boulevard
Sacramento, CA 95817
916-875-1000

(COVID screening/testing may apply)

[If you are experiencing a mental health crisis please call **988** or a life threatening emergency, please call **911**]



We determine eligibility for services by conducting a phone screening and assessment.

<u>Our network of Providers offer the following services</u>:

* Screenings for Services.
* Crisis intervention.
* Mental health assessments.
* Therapy/Rehabilitation services & Groups
* Intensive Care Coordination & Home Based Services.
* Case management/Linkage to community resources.
* Medication support,
* Early Childhood Mental Health services.
* Transition Age Youth Mental Health services.
* Older Adult Mental Health services.

---

Anyone may request mental health services for themselves or on the behalf of others by using our online form, by phone, or by US mail.
**A valid phone number, DOB and First and Last Name are required to process the service request**.



Online Mental Health Service Request:
https://mentalhealthservicerequest.saccounty.gov/



Phone: 916-875-1055
24-Hour Toll Free: 888-881-4881



Complete the Service Request Form in detail and mail to:
Sacramento County
Mental Health Access Team
7000-A East Parkway, Suite 700,
Sacramento, CA 95823

Xiong Exhibit A, Page 2 of 2

---

The Mental Health Access Team will determine the eligibility for services, the level of service needed and, if eligible, link the individual with a culturally and linguistically appropriate provider.



The Mental Health Access Team will give the individual the provider's name and telephone number.



In accordance with confidentiality regulations, the Mental Health Access Team will make every effort to inform the referring party that the individual has been linked with a provider agency.



The Sacramento County contracted provider will contact the individual and/or caregiver to schedule an initial appointment.

